IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RAY HUNDLEY,

          Plaintiff,

v.                                            CIVIL ACTION NO.  3:24-0705

LELAND DUDEK,
Acting Commissioner of Social Security,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's Motion for Judgment on the Pleadings (ECF No. 8), grant the Commissioner's request to affirm the final decision (ECF No. 9), affirm the final decision, and dismiss this matter from this Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 8), **GRANTS** the Commissioner's request to affirm the final decision (ECF No. 9), **AFFIRMS** the final decision, and **DISMISSES** this matter from this Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

      ENTER:      April 25, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE